UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD) |
| This Document Relates to: | : | |
| *Earnest Carpenter v. Bayer Corp., et al.* | : | Case No. 02-0448 |

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that Defendant Bayer Corporation ("Bayer") moves the Honorable Michael J. Davis, United States District Court, United States Courthouse, 300 South 4th Street, Minneapolis, Minnesota, to dismiss the above-captioned action on the grounds that Plaintiff Earnest Carpenter is deceased and no motion to substitute parties was filed within 90 days as required by Federal Rule of Civil Procedure 25(a)(1). Therefore, the Court should dismiss this action. This motion is supported by the attached Memorandum, and all files, papers, and proceedings in this action.

Dated: August 28, 2006

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60603
(312) 494-4400

/signature on file/

Susan A. Weber
James W. Mizgala
SIDLEY AUSTIN, LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN, LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Peter W. Sipkins (No.101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

*Counsel for Bayer Corporation*

CERTIFICATE OF SERVICE

I, Minerva M. Vasquez, certify that a true and correct copy of the foregoing Defendant's Notice of Motion and Motion to Dismiss, supporting memorandum, proposed order, and exhibits were electronically filed and served on August 28, 2006.

/signature on file/
Minerva M. Vasquez