**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD) |
| This Document Relates to: | : | |
| *Earnest Carpenter v. Bayer Corp., et al.* | : | Case No. 02-0448 |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**

THIS MATTER having come before the Court on Defendant's Motion to Dismiss; the parties having received due notice and having had the opportunity to be heard; and this Court having considered all submissions made:

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed from without prejudice. The parties shall each bear their own costs.

DATED: OCT 0 2 2006

Michael J. Davis

The Honorable Michael J. Davis
United States District Court

SCANNED
OCT 0 2 2006
U.S. DISTRICT COURT MPLS